NEW YORK JUVENILE ASYLUM, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*New York Juvenile Asylum* v. *City of New York*, 124 App. Div. 924, affirmed.

(Argued November 19, 1909; decided December 7, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 4, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover money paid by plaintiff in discharge of certain assessments for local improvements.

*Joseph Wamsley* for appellant.

*Francis K. Pendleton, Corporation Counsel* (*Clarence L. Barber* and *Theodore Connoly* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.